**DISMISS; and Opinion Filed January 14, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01247-CR
No. 05-13-01248-CR

**ANNA EDWYNA MITCHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 28770, 28771**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the January 10, 2014 amended motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

131248F.U05